JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GODINA,<br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., et al.,<br>    Defendants. | CV 23-3629 DSF (MAAx)<br><br>Order GRANTING Motion to Remand (Dkt. 13) |

    This case was removed from the Superior Court of California, County of San Joaquin. Plaintiff has now moved to remand based, in part, on improper venue. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for July 10, 2023, is removed from the Court's calendar.

    This Court is the improper venue for removal. San Joaquin County is in the Eastern District of California. The motion is GRANTED and the case is REMANDED to the Superior Court of California, County of San Joaquin. The Court does not reach Plaintiff's other grounds for remand.

    IT IS SO ORDERED.

Date: June 7, 2023

                                            Dale S. Fischer
                                            United States District Judge